*E-Filed 5/25/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| INTEGRATED DEVICE TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>PHISON ELECTRONICS CORPORATION,<br><br>Defendant. | Case No. CV-10-5168 RS<br><br>CORRECTED [~~PROPOSED~~] ORDER GRANTING APPLICATION OF DAVID M. HOFFMAN FOR ADMISSION *PRO HAC VICE* |

David M. Hoffman, an active member in good standing of the bar of the state of Texas, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Phison Electronics Corp.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/25/11

_____
The Hon. Richard Seeborg
United States District Judge

50782212.doc

1

CORRECTED [~~PROPOSED~~] ORDER GRANTING APPLICATION OF DAVID M. HOFFMAN FOR ADMISSION PRO HAC VICE
Case No. CV-10-5168 RS