1  MARK E. MILLER (S.B. #130200) (markmiller@omm.com)
   DAVID S. ALMELING (S.B. #235449) (dalmeling@omm.com)
2  SARA E. JERUSS (S.B. #258716) (sjeruss@omm.com)
   ALEXANDER B. PARKER (S.B. #264705) (aparker@omm.com)
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 984-8700
5  Facsimile:    (415) 984-8701

6  Attorneys for Plaintiff
   INTEGRATED DEVICE TECHNOLOGY, INC.
7
   David M. Barkan (CSB No. 160825/barkan@fr.com)
8  Robert J. Kent (CSB No. 250905/kent@fr.com)
   FISH & RICHARDSON P.C.
9  500 Arguello Street, Suite 500
   Redwood City, CA 94063
10 Telephone: (650)839-5070
   Fax: (650)839-5071
11
12 Attorneys for Defendant
   PHISON ELECTRONICS CORP.
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTEGRATED DEVICE TECHNOLOGY, INC., | Case No. CV-10-5168-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| PHISON ELECTRONICS CORP., | |
| Defendant. | |

WHEREAS the deadline for the parties to exchange proposed terms for construction in accordance with Patent L.R. 4-1(b) is currently set for August 3, 2011;

WHEREAS the deadline for the parties to exchange preliminary claim constructions and extrinsic evidence is currently set for August 24, 2011;

1  WHEREAS the parties have exchanged drafts of a settlement agreement;

2  WHEREAS the parties need additional time to finalize their settlement agreement and file the requisite documents with the Court; and

4  THEREFORE, the parties hereby STIPULATE and AGREE that the deadline for exchanging proposed terms for construction shall be extended to August 17, 2011 and the deadline for exchanging preliminary claim constructions and extrinsic evidence shall be extended to September 7, 2011, to allow the parties time to finalize their settlement agreement and file the requisite documents with the Court.

Respectfully submitted,

Dated: August 2, 2011    By: */s/ Mark E. Miller*
        Mark E. Miller
        O'Melveny & Myers LLP
        Counsel for Plaintiff
        INTEGRATED DEVICE TECHNOLOGY, INC.

Dated: August 2, 2011    By: */s/ David M. Barkan*
        David M. Barkan
        Fish & Richardson P.C.
        Counsel for Defendant
        PHISON ELECTRONICS CORP.

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

Respectfully submitted,

Dated: August 2, 2011    By: */s/ Mark E. Miller*
        Mark E. Miller
        O'Melveny & Myers LLP
        Counsel for Plaintiff
        INTEGRATED DEVICE TECHNOLOGY, INC.

1 | PURSUANT TO STIPULATION IT IS SO ORDERED:

2

3 | Dated: __8/2/11_____    _____

4 | The Honorable Richard Seeborg
United States District Judge

STIPULATION AND [PROPOSED] ORDER                                CASE NO. CV-10-5168-RS