*E-Filed 8/10/11*

MARK E. MILLER (S.B. #130200) (markmiller@omm.com)
DAVID S. ALMELING (S.B. #235449) (dalmeling@omm.com)
SARA E. JERUSS (S.B. #258716) (sjeruss@omm.com)
ALEXANDER B. PARKER (S.B. #264705) (aparker@omm.com)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff
INTEGRATED DEVICE TECHNOLOGY, INC.

David M. Barkan (CSB No. 160825/barkan@fr.com)
Robert J. Kent (CSB No. 250905/kent@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650)839-5070
Fax: (650)839-5071

Attorneys for Defendant
PHISON ELECTRONICS CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEGRATED DEVICE TECHNOLOGY, INC., <br><br>                Plaintiff, <br><br>        v. <br><br> PHISON ELECTRONICS CORP., <br><br>                Defendant. | Case No.  CV-10-5168-RS <br><br> **STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(ii) AND [PROPOSED] ORDER** |

     Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Integrated Device Technology, Inc. and Defendant Phison Electronics Corp., through the signature of their counsel, stipulate herein to dismiss this action with prejudice, including all claims, counterclaims, and affirmative defenses.  Each party agrees to bear responsibility for the attorney's fees and

1  costs that is has accrued in relation to the claims in this action.

2

3                                       Respectfully submitted,

4  Dated:  August 10, 2011          By:  */s/ Mark E. Miller*
                                         Mark E. Miller
5                                        O'Melveny & Myers LLP
                                         Counsel for Plaintiff
6                                        INTEGRATED DEVICE TECHNOLOGY, INC.

7

8  Dated:  August 10, 2011      By:      */s/ David M. Barkan*
                                         David M. Barkan
9                                        Fish & Richardson P.C.
                                         Counsel for Defendant
10                                       PHISON ELECTRONICS CORP.

11

12         Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of

13 this document has been obtained from each of the above-listed signatories.

14                                      Respectfully submitted,

15 Dated:  August 10, 2011          By:  */s/ Mark E. Miller*
                                         Mark E. Miller
16                                       O'Melveny & Myers LLP
                                         Counsel for Plaintiff
17                                       INTEGRATED DEVICE TECHNOLOGY, INC.

18

19

20

21

22

23

24

25

26

27

28

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: 8/10/11

_____
The Honorable Richard Seeborg
United States District Judge

SF1:828368.1